UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 APR 27  A 10: 38

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No.  04-CR-10031-WGY |
| | ) |
| JAMES E. REID, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO UNSEAL

The United States of America respectfully moves this Court to unseal the Indictment in this case. In support of this motion, the government states that Mr. Reid was arrested this morning coming into the United States near Niagara Falls, New York and there is no further need to keep this matter sealed. Moreover, the undersigned AUSA needs to provide the indictment to the U.S. Attorney's Office in the Western District of New York, which will be handling Mr. Reid's initial appearance.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Joshua S. Levy
Assistant United States Attorney
One Courthouse Way
Boston, MA   02210
(617) 748-3100

Date:  April 27, 2004

*[Handwritten margin notes: "April 27, 2004. Allowed" and "Marianne B. Bowler, USMJ"]*