UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                              )<br>                                                                    )   Criminal No.   04-CR-10031-WGY<br>                                                                    )<br>JAMES E. REID,                                       )<br>          Defendant.                                   ) | |

**ASSENTED-TO MOTION TO EXCLUDE TIME**
**UNDER SPEEDY TRIAL ACT**

The United States respectfully requests that the Court exclude the following period of time under the Speedy Trial Act: *May 6, 2004 through June 14, 2004* [39 days].  This period represents the time from the commencement of the speedy trial clock under 18 U.S.C. § 3161(c)(1) through his June 14, 2004 arraignment date set by the Court.  The arraignment date was set at Mr. Reid's initial appearance in this district on May 6, 2004.  The Court continued Mr. Reid arraignment until June 14, 2004 at the defendant's request, in order to allow him sufficient time to retain counsel for this matter.  The government submits that this time should excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(F).   As defense counsel stated at the May 6, 2004 hearing, the defendant does not oppose this exclusion of time under the Speedy Trial Act.

                                                                                Respectfully submitted,

                                                                                MICHAEL J. SULLIVAN
                                                                                United States Attorney

                                                         By:

                                                                                /s/ Joshua S. Levy____
                                                                                JOSHUA S. LEVY
                                                                                Assistant U.S. Attorney
                                                                                1 Courthouse Way, Suite 9200
                                                                                Boston, MA 02210
                                                                                (617) 748-3154

Dated: May 10, 2004

So Ordered:


_____
Hon Marianne B. Bowler
Chief United States Magistrate Judge

May __, 2004

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by U.S. mail:

Leo Sorokin, Esq.
Federal Defender's Office
408 Atlantic Avenue
Boston, MA 02210

This 10th day of May, 2004

/s/ Joshua Levy
JOSHUA LEVY
Assistant United States Attorney