UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 04-CR-10031-WGY |
| ) | |
| JAMES E. REID, ) | |
|     Defendant. ) | |

## GOVERNMENT'S LOCAL RULE 112.4(B) ORGANIZATIONAL VICTIM DISCLOSURE STATEMENT

The United States hereby notifies the Court, as required by Local Rule 112.4(B), that it has identified the company below as the organizational victim of the crimes alleged in this Indictment:

Firepond, Inc.
8009 34th Avenue South, Suite 1000
Minneapolis, Minnesota 55425

                                                    Respectfully submitted,

                                                  MICHAEL J. SULLIVAN
                                                  United States Attorney

By:
                                                  /s/ Joshua S. Levy
                                                  JOSHUA S. LEVY
                                                  Assistant United States Attorney
                                                  One Courthouse Way
                                                  Boston, MA   02210
                                                  (617) 748-3154

Dated:  May 10, 2004

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by U.S. mail:

Leo Sorokin, Esq.
Federal Defender's Office
408 Atlantic Avenue
Boston, MA 02210

This 10th day of May, 2004

/s/ Joshua Levy
JOSHUA LEVY
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3154