UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v.    )<br>)<br>JAMES E. REID,    )<br>    Defendant.    )<br>_____) | Criminal No.  04-CR-10031-WGY |

**GOVERNMENT'S MOTION TO WITHDRAW *AS MOOT*
MOTION FOR ORDER COMPELLING HANDWRITING EXEMPLARS**

The United States of America hereby moves to withdraw as moot its Motion For Order Compelling Production of Handwriting Exemplars, filed on May 26, 2004, for the reason that on June 14, 2004, the defendant voluntarily provided the requested exemplars.

Respectfully submitted this 14th day of June, 2004

                                        MICHAEL J. SULLIVAN
                                      United States Attorney


                   By:    /s/ Victor A. Wild
                        VICTOR A. WILD
                        Assistant United States Attorney
                        Suite 900
                        One Courthouse Way
                        Boston, MA    02210
                        (617) 748-3145
                        BBO# 543148

<u>CERTIFICATE OF SERVICE</u>

    This is to certify that I have this day served a copy of the foregoing upon Leo Sorokin, Esq., Federal Defender's Office, 408 Atlantic Avenue, Boston, MA 02210.


                                      /s/ Victor A. Wild
                                      Victor A. Wild
                                      Assistant United States Attorney