# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE: USA v.s. James Reid

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): James Reid

1. [X] Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 
District Court: 04-10031-WGY
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check): [x] Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now: ☐ Yes  ☐ No  [X] Am Self-Employed
Name and address of employer: 
IF YES, how much do you earn per month? $ ___
IF NO, give month and year of last employment. How much did you earn per month? $ ___
If married is your Spouse employed? [X] Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ 3,000
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [X] Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $ 36,000
SOURCES: Sales Consulting

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes  ☐ No   IF YES, state total amount $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $ 312,000  DESCRIPTION: House
$ 10,000  2000 Coupe
$ 6,000  wedding ring ect

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE  [X] MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: Wife

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | Credit (n) | $ 19,000 | $ |
| | Mortgage | $ 115,000 | $ |
| | Husband Company | $ 2,000 rbi loans & debt | $ |
| | Loan | $ 7,500 | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) Jan 17, 2004

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ J. Reid

All firearms &3 con 8's