➔AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES

v.

JAMES E. REID

**APPEARANCE**

Case Number: 04-CR-10031-WGY

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

the United States

I certify that I am admitted to practice in this court.

June 25, 2004
Date

Signature: *(signed)*

VICTOR A. WILD, AUSA     54314
Print Name     Bar Number

1 Courthouse Way, Suite 9200
Address

Boston     MA     02210
City     State     Zip Code

617-748-3145     617-748-3960
Phone Number     Fax Number