UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
No: <u>04-10031-WGY</u>

UNITED STATES
Plaintiff

v.

JAMES REID
Defendant

## SCHEDULING ORDER

**YOUNG, C.J.**

An initial status conference in accordance with LR 116.5 was held on  7-27-04

Any substantive motions are to be filed by    2/7/05    . See LR 116.3(E) and (H).

Response to any motion is to be filed on or before    2/21/05    See LR 116.3(l).

A Final Pretrial Conference will be held on   2/2/05 @ 2:00 P.M.

A joint memorandum in accordance with LR 116.5(C) is to be filed by 2/2/05

A tentative trial date has been set for   3/7/05

The time between    7/27/04        and      3/7/05    is excluded in the interest of justice.

By the Court,

/s/ Elizabeth Smith
_____
**Deputy Clerk**

**July 27, 2004To: All Counsel**