UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10031-WGY |
| | ) | |
| JAMES E. REID | ) | |

ASSENTED-TO MOTION TO CONTINUE TRIAL

     Defendant moves to continue his trial now scheduled for March 7, 2005 and the deadline for filing motions now scheduled for February 7, 2005.  As grounds for this motion, counsel states: (1) the case involves a large amount of paper discovery a substantial portion of which counsel has not been able to review due to a heavy litigation schedule; (2) that he is now unavailable the week of March 7 due to a conflict with a week long training for designated Magistrate-Judges run by the Federal Judicial Center; and (3) he will need to arrange for another attorney from the Federal Defender Office to assume responsibility for and file an appearance in this case.  Counsel further notes that the defendant is on release.  Defendant requests the exclusion of time from the Speedy Trial Clock as in the interests of justice.

     AUSA Victor Wild has stated his assent to the motion.

                                                                                                     JAMES E. REID
                                                                                                     By his attorney,

                                                                                                     /s/ Leo T. Sorokin
                                                                                                     Leo T. Sorokin
                                                                                                      B.B.O. #559702
                                                                                                     Federal Defender Office
                                                                                                     408 Atlantic Avenue, 3rd Floor
                                                                                                     Boston, MA  02110
                                                                                                     Tel:  617-223-8061