UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10031-WGY |
| ) | |
| JAMES E. REID ) | |

NOTICE OF WITHDRAWAL

Assistant Federal Defender Leo T. Sorokin hereby withdraws from the above entitled case.

>/s/ Leo T. Sorokin
Leo T. Sorokin
  B.B.O. # 559702
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel:  617-223-8061

Date: March 18, 2005