UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10031-WGY |
| | ) | |
| JAMES E. REID | ) | |

<u>NOTICE OF APPEARANCE</u>

Assistant Federal Defender Syrie D. Fried hereby files her appearance on behalf of defendant James E. Reid.

                                          JAMES E. REID
                                          By his attorney,


                                          /s/ Syrie D. Fried
                                          Syrie D. Fried
                                            B.B.O. # 555815
                                          Federal Defender Office
                                          408 Atlantic Avenue, 3rd Floor
                                          Boston, MA  02110
                                          Tel: 617-223-8061

Date: March 18, 2005