AO 470 (8/85) Order of Temporary Detention

# United States District Court

_Judicial_ DISTRICT OF _Massachusetts_

UNITED STATES OF AMERICA

v.

_James Reid_
Defendant

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: _04-10031-WGY_

Upon motion of the _Court_, it is ORDERED that a detention hearing is set for _12/5/05_ * at _11 am_
                                                       Date                Time

before _Judge Marianne B. Bowler_
       Name of Judicial Officer

_USDC, Boston, MA_
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____
_____) and produced for the hearing.
                 Other Custodial Official

Date: _12/1/2005_                           _Marianne B. Bowler_ US MJ
                                                  Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

 A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.