AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF _____Massachusetts_____

Securities and Exchange Commission,
            Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

James E. Reid,
            Defendant

04  10832  JLT

TO: (Name and address of defendant)

   James E. Reid

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

   Ian Roffman, Esq.
   US SEC
   73 Tremont Street
   Boston, MA 02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

APR 27 2004
DATE


(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | 4-28-04 |
| NAME OF SERVER (PRINT) David J. Doldan | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: United States District Court, Western District of New York, 68 Court Street, Buffalo, NY 14202

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-3-04
            Date

Signature of Server

Address of Server: c/o Nationwide Court Services, Inc.
42 Delaware Avenue
Suite 710
Buffalo, NY 14202

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ATTORNEY(S): UNITED STATES SECURITIES AND EXCHANGE COMMISSION, STEPHANIE DESISTO PARALEGAL
ADDRESS: , , PH#: 617-424-5900
DISTRICT OF MASSACHUSETTS U.S. DISTRICT COURT

SECURITIES AND EXCHANGE COMMISSION

vs

JAMES E. REID

Plaintiff(s)/Petitioner(s)

**AFFIDAVIT OF SERVICE**
INDEX #: 04 10832 JLT
FILED ON: April 27, 2004

Defendant(s)/Respondent(s)

County of ERIE, State of NEW YORK, I, DAVID J. DOLDAN, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age and resides in the state of NEW YORK
On 4-28-2004 at 3:15 P.M.,
at UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF NEW YORK, 68 COURT STREET, BUFFALO, NY 14202
deponent served the within SUMMONS, COMPLAINT, AND AMENDED COMPLAINT
bearing index # 04 10832 JLT and filed on April 27, 2004
ON: JAMES E. REID

INDIVIDUAL [X] by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

CORPORATION A [ ] , by delivering thereat a true copy of each to personally, deponent knew said so served to be the described as the named defendant and knew said individual to be the authorized agent thereof.

SUITABLE AGE PERSON [ ] by delivering a true copy of each to a person of suitable age and discretion Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. I asked the person spoken to whether the defendant actually resides/is employed at these premises and received an affirmative reply.

AFFIXING TO DOOR [ ] by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
Day___ Date___ Time___ Day___ Date___ Time___
Day___ Date___ Time___ Day___ Date___ Time___
Verification:

MAILING COPY [ ] Deponent caused a copy of same to be enclosed in postpaid sealed wrapper properly addressed to recipient at the recipient's last known [ ] residence [ ] place of employment at: UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U.S. Postal Service within the State of NEW YORK on
[ ] The mailing was made pursuant to CPLR sec. 308 by First Class Mail, marked personal and confidential Date
[ ] Additional mailing pursuant to CPLR sec. 3215 by First Class Mail, marked personal and confidential Date

DESCRIPTION [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex MALE Race/skin WHITE Color of hair GREY Approx. Age 55-60 Approx. Height 5'8"-5'11"
Approx. weight 190-220 Other GLASSES

WITNESS FEES [ ] $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

PHOTO [ ] Deponent was able to identify recipient from annexed photo.

MILITARY SERVICE [X] Deponent asked person spoken to whether the recipient/defendant was presently in military service of the United States Government or on active duty in the military service in the State of NEW YORK and was informed he/she was not.

Sworn to before me on this
___ day of May, 2004
_____
Notary Public
Commission _____

DAVID J. DOLDAN
_____
Process Server's Lic #

Client Reference #: REID 4-28-04
DJD
Nationwide Court Services, Inc.
42 Delaware Avenue, Suite 710
Buffalo, New York 14202
(716) 856-2500

Invoice Work Order # 9730623