⚲AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| Judicial | DISTRICT OF | Massachusetts |

| UNITED STATES | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| JAMES REID | Case Number: 04-10031-WGY |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| U.S.M.J. Marianne B. Bowler | Victor Wild | Syrie Fried |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|  | Pamela Owens | Duffy |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 12/5/2005 |  |  | Paul Barber called by the Govt. |
| 1 |  |  |  | x | Deft.'s Canadian criminal record and fingerprints dated 12/15/2004 - 3 Pages |
| 2 |  |  |  | x | SEC Default Judgment dated 10/21/2004 - 6 Pages |
| 3 |  |  |  | x | Agreement to retain the services of Titan Software sales dated 11/15/2005 - 2 Pages |
| 4 |  |  |  | x | Letter to Jim Reid from Prophix dated 12/21/2004 - 1 Page |
| 5 |  |  |  | x | Email: contact details for Larry Scroggins - 3 Pages |
| 6 |  |  |  | x | Purchase Order from Epicor dated 7/28/2005 - 6 Pages |
| 7 |  |  |  | x | Invoice from Titan Software Sales dated 8/25/2005 - 1 Page |
| 8 |  |  |  | x | Wire activity - Summary Report dated 8/26/2005 - 4 Pages |
| 9 |  |  |  | x | Email: PROPHIX Software and Epicor dated 9/23/2005 - 2 Pages |
| 10 |  |  |  | x | Statement from Bally Boodram re: initial phone call between EPICOR and PROPHIX -1 Page |
| 11 |  |  |  | x | Email: Subject: Fw: EPICOR-PROPHIX dated 10/7/2005 - 2 Pages |
| 12 |  |  |  | x | Letter from EPICOR to PROPHIX dated 9/20/2005 - 3 Pages |
| 13 |  |  |  | x | Email: Transcript of James Reid's voice mail message dated 10/20/2005 - 1 Page |
| 14 |  |  |  | x | EPICOR Brochure - 7 Pages |
| 15 |  |  |  | x | Notarized Affidavit of John Hiroka with Attachments - 15 Pages |
| 17 |  |  |  | x | Requirement to Pay by Canadian Customs and Revenue dated 5/27/2005 - 5 Pages |
|  |  | 12/6/2005 |  |  | FBI Agent Nancy McCormack called by Defense. |
| 16 |  |  |  | x | Letter from EPICOR to U.S. Attorney's Office dated 12/2/2005 with attachments - 16 Pages |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages