AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

FILED
CLERKS OFFICE

DISTRICT OF _____

2005 DEC -5 P 2:45

DISTRICT COURT
DISTRICT

UNITED STATES OF AMERICA
V.

James E. Reid

**WARRANT FOR ARREST**

CASE NUMBER: 04-10031-WGY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____James E. Reid____
<sub>Name</sub>

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☒ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Violation of Conditions of Pretrial Release

in violation of Title ___18___ United States Code, Section(s) ___3148___

Honorable Marianne B. Bowler | U.S. Magistrate Judge
Name of Issuing Officer | Title of Issuing Officer

Marianne B. Bowler /smj
Signature of Issuing Officer

~~December~~ November 30, 2005
Date and Location
@ Boston, MA @ 1:30PM

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/30/05 | Paul Sugrue | Paul Sugrue |
| DATE OF ARREST | Deputy US Marshal | |
| 12/01/05 | | |