```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS


UNITED STATES                   )
                                )
                                )
   v.                           )   Crim. No.  04-10031-WGY
                                )
                                )
JAMES REID                      )
```

### MOTION TO WITHDRAW MOTION TO AMEND CONDITIONS OF RELEASE

The defendant James Reid moves to withdraw his previously filed motion to amend his conditions of release. As grounds for this motion, counsel states that Reid's motion was premised largely on the assent of the Pretrial Services Agency to the proposed plan.  After Reid's motion was filed, counsel learned that Pretrial Services had objections to the plan and had withdrawn its assent to the proposed changes to his release conditions.  Under these changed circumstances, defense counsel feels it is prudent to withdraw this motion at present.

Respectfully submitted,

JAMES REID


/s/  Syrie D. Fried
Syrie D. Fried
  B.B.O. #555815
Federal Defender Office
408 Atlantic Avenue
Boston, MA 02110
617-223-8061