UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 04-10031-WGY |
| ) | |
| JAMES E. REID ) | |

<u>NOTICE OF APPEARANCE</u>

Assistant Federal Defender Stylianus Sinnis hereby files his appearance on behalf of defendant James E. Reid.  The undersigned has been assigned to act as co-counsel with Syrie D. Fried, Esq. of the Federal Defender Office.

                                                              JAMES E. REID
                                                              By his attorney,

                                                              /s/ Stylianus Sinnis
                                                              Stylianus Sinnis
                                                                B.B.O. # 560148
                                                              Federal Defender Office
                                                               408 Atlantic Avenue, 3rd Floor
                                                               Boston, MA  02110
                                                              Tel: 617-223-8061

Date: January 18, 2006