

# MEMORANDUM

**To:**      Honorable William G. Young, U.S. District Court Judge

**From:**    September-Lee brown, U.S. Pretrial Services Officer

**Re:**      REID, JAMES

CR#04-10031-WGY

**Date:**    February 1, 2006

On January 31, 2006, a Bail Review Hearing was held before Your Honor concerning the above mentioned individual.

As Your Honor is aware, the following conditions of release were set:

1. Maintain residence at 400 Mossom Place, Waterloo, Ontario, Canada, and not to move without the prior permission of the Court.
2. Telephone Pretrial Services twice per week by noon.
3. Telephone Attorney Syrie Fried, Federal Defender, twice per week.
4. Subject to visit by local law enforcement officers and any known local counterparts of Pretrial Services.
5. Essentially house arrest except for medical appointments, exercise in relations to his health, visit to the pharmacy to obtain medication, and rehabilitative appointments necessary.
6. The defendant is to attend deposition unless a waiver is signed.
7. Defendant must notify Special Agent Nancy McCormack, FBI, not less than 24 hours prior to leaving or returning to the United States.

*February 2, 2006*

*approved.*

*William G. Young*

*District Judge*

**Honorable William G. Young**
**Judge, U.S. District Court**
**RE: REID, James**

**Page 2**

This is to confirm the conditions this officer believes were stated by Your Honor.

Appended to this memorandum are conditions of release previously set on May 6, 2004, and December 7, 2005, for informational purposes.

SLB

Attach\

cc: Victor Wild, AUSA
    Syrie Fried, Federla Defender

Reviewed by:

Basil F. Cronin, Supervising
U.S. Pretrial Services Officer