```
 1                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Criminal No.
 3                                            04-10031-WGY

 4
      * * * * * * * * * * * * * * * *
 5                                   *
      UNITED STATES OF AMERICA       *
 6                                   *
      v.                             *   HEARING
 7                                   *
      JAMES E. REID                  *
 8                                   *
      * * * * * * * * * * * * * * * *
 9

10
                 BEFORE:   The Honorable William G. Young,
11                              District Judge

12


13


14    APPEARANCES:

15

16            VICTOR A. WILD, Assistant United States
         Attorney, 1 Courthouse Way, Suite 9200, Boston,
17       Massachusetts 02210, on behalf of the Government

18
              FEDERAL DEFENDER'S OFFICE (By Syrie D.
19       Fried, Esq. and Stellio Sinnis, Esq.), 408
         Atlantic Avenue, Third Floor, Boston,
20       Massachusetts 02210, on behalf of the Defendant

21


22


23
                                         1 Courthouse Way
24                                       Boston, Massachusetts

25                                       January 31, 2006
```