

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*    *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

September 8, 2006

Syrie Fried, Esq.
Federal Defender's Office
408 Atlantic Avenue; 3rd Floor
Boston, MA 02110

    Re:  <u>United States vs. James Edward Reid</u>
          Criminal Number 04-CR-10031-WGY

Dear Ms. Fried:

    The Government has provided copies of various exhibits in connection with the depositions of Mssrs. Beaudoin and Lortie at Montreal on September 11, 2006.

    As we discussed, I had an extra copy of the entire set of interviews by Testa Hurwitz, the SEC and FBI.  As you requested, I have included those materials even though you received a full set of these materials under my letter dated January 6, 2006.

                                  Very truly yours,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney


                        By:  <u>/s/ Victor A. Wild</u>
                            Victor A. Wild
                            Assistant U.S. Attorney

Encl.

cc:  Elizabeth Smith, Clerk to
     Chief Judge Young
     (without enclosures)