UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10031-WGY |
| | ) | |
| JAMES E. REID | ) | |
| | ) | |

GOVERNMENT'S POTENTIAL WITNESS LIST

The Government files the following list of potential Government trial witnesses:

| | |
|---|---|
| Paul Barber | President, PROPHIX Software, Ontario, Canada |
| Pierre Beaudoin | President & COO, Bombardier Aerospace, Montreal, Canada |
| Lise Benoit | Linton Telephone Answering Service, Montreal, Canada |
| Klaus Besier | Former Chairman & CEO, Firepond, Inc., Waltham, MA |
| Jill Bishop | Sales Assistant, Firepond, Inc., Minneapolis, MN |
| Bally Boodram | Project Manager, PROPHIX Software, Ontario, Canada |
| Sean Bradley | Former President and CEO, Joy Mining Machinery, Co., Warrendale, PA |
| Bette Bradley | Spouse of Sean Bradley, Joy Mining Machinery, Co., Warrendale, PA |
| George Brady | Vice-President of Sales, Personal Data Systems, Inc., Blue Bell, PA |
| Kamesh Chetty | Vice-President, Professional Services, Firepond, Inc., Waltham, MA |
| Celia Clark | Founder and owner, Digital Frog, International, Puslinch, Canada |
| Simon Clark | Founder and owner, Digital Frog, International, Puslinch, Canada |
| Charles Dougherty | Former Vice-President, ABB Transmission & Distribution LTD, Cary, NC |
| Daniel Drum | Technical Director, Hardcat, LTD, Melbourne, Australia |
| John Haraoka | Vice-President and CMO, Epicor Software, Irvine, CA |
| Dana Henriksen | Business Consultant, Firepond, Inc., Minneapolis, MN |
| Susan Ledoux | Former CFO, Firepond, Inc., Waltham, MA |
| Robert Longfellow | Information Systems, ABB Transmission & Distribution LTD, Cary, NC |
| Pierre Lortie | Former President & COO, Bombardier Transportation, Montreal, Canada |
| Dion McCormick | Business Consultant, Firepond, Inc., Waltham, MA |
| Nancy McCormick | Special Agent, Federal Bureau of Investigation |

| | |
|---|---|
| Jerry Miner | Information Network Systems, Waterloo, Canada |
| Christian Misvaer | General Counsel, Firepond, Inc., Waltham, MA |
| Timothy Morris | Global Engineering, Joy Mining Machinery, Co., Warrendale, PA |
| Mark Oliver | Project Manager, Firepond, Inc., Minneapolis, MN |
| Francois Ouellette | General Counsel, Bombardier Aerospace, Montreal, Canada |
| Cem Tanyel | Former COO, Firepond, Inc., Minneapolis, MN |
| Steve Vogel | Program Manager, Lear Jet, Inc., Wichita, KS |
| Carole Watkins | Project/Account Manager, Firepond, Inc., Minneapolis, MN |
| Marcy Way | Former Accounts Receivable Mgr., Firepond, Inc.,Waltham, MA |
| Thomas J. Zappala | Auditor, United States Attorney's Office |

Respectfully submitted this 2nd day of November, 2005.

MICHAEL J. SULLIVAN
United States Attorney

By: _____

VICTOR A. WILD
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon Syrie Fried, Esq., Office of Federal Public Defender, 408 Atlantic Avenue, Boston, MA.

_____
VICTOR A. WILD
Assistant U.S. Attorney
Mass. Bar No. 543148
Suite 9200
One Courthouse Way
Boston, MA 02210
(617) 748-3100

2