

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*     *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

Syrie D. Fried, Esq.                    November 2, 2006
Federal Defender's Office
408 Atlantic Avenue
Boston, MA 02210

    Re: <u>United States v. James E. Reid</u>
        Criminal No. 04-10031-WGY

Dear Ms. Fried:

    The Government has filed its Potential Witness List.  As a courtesy for your planning purposes, I wish to advise that the likely witnesses we will actually call at trial is as follows:

| | |
|---|---|
| Paul Barber | John Haraoka |
| Pierre Beaudoin [video depo.] | Susan Ledoux |
| Lise Benoit | Robert Longfellow |
| Klaus Besier | Pierre Lortie [video depo.] |
| Bally Boodram | Timothy Morris |
| Sean Bradley | Steve Vogel |
| Bette Bradley | Carole Watkins |
| Charles Dougherty | Marcy Way |

    This is our best estimate at this time.  Necessarily, we reserve the right to adjust this lineup based on the vagaries of trial.

                                Very truly yours,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                By:   _____
                              VICTOR A. WILD
                              Assistant U.S. Attorney

cc:  Elizabeth Smith, Clerk to Chief Judge Young