

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts  02210

November 2, 2006

Syrie D. Fried, Esq.
Federal Defender's Office
408 Atlantic Avenue
Boston, MA 02210

    Re: <u>United States v. James E. Reid</u>
        Criminal No. 04-10031-WGY

Dear Ms. Fried:

    The Government was notified that Firepond recently downloaded data from a computer which James Reid used during the course of his employment at Firepond.  You are aware that Reid was termination at Firepond in May of 2002.

    The Government did not request Firepond to download the data and was not aware that Firepond intended to do so prior to being informed that it had been done.  Having been made aware of the existence of the CD, I requested Firepond to make two duplicate copies of the CD and deliver them to my Office.

    I am immediately forwarding the enclosed duplicate CD for your information and such use as you deem appropriate.

                                  Very truly yours,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

                    By: _____
                          VICTOR A. WILD
                          Assistant U.S. Attorney

cc:  Elizabeth Smith, Clerk to Chief Judge Young