**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
FAX: 617-223-8080

November 3, 2006

Assistant U.S. Attorney Victor A. Wild
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02110

Re: United States v. James Reid
Crim. No. 04-10031

Dear Mr. Wild,

In response to your letter of November 2, 2006 regarding the existence of data from a Firepond computer issued to James Reid, I'm requesting the following information:

1. When did you first learn that Firepond had retained digital/electronic data from Reid's company computer?
2. From whom at the company did you learn this? Please advise of name, business address, and company title.
3. Had you ever previously asked Firepond officials about the existence and availability of data from Reid's company computer? I ask you this because, as I told you on the phone, we inquired of Firepond many months ago about the status of the hard drive from Reid's company computer and the data from it, and were told that the hard drive had been erased and that no data from it was available.
4. The current location of the computer from which the disc data came.
5. The name, address, and title of the Firepond officer or employee responsible for maintaining its electronic data. The person from whom you got the data disc should have this information.

We spoke at about 1:00 p.m. today, and during that conversation you informed me that you yourself received a compact disc containing this computer data yesterday, Thursday November 2.

FEDERAL DEFENDER OFFICE

Thank you for providing the disc to us, and for your attention to these matters.

Sincerely,


Syrie D. Fried
Attorney for James Reid

FEDERAL DEFENDER OFFICE