**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
FAX: 617-223-8080

November 7, 2006

Assistant U.S. Attorney Victor A. Wild
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02110

Re: United States v. James Reid; Criminal. No. 04-10031

Dear Mr. Wild,

We hereby request that the Government provide us with written notice by the close of business November 8, 2006, regarding whether the Government intends to introduce into evidence documents or data contained on the compact disc you produced late last week. If the Government does intend to introduce materials from the compact disc, kindly provide us with a copy of the specific materials sought to be introduced. We make this request following today's pretrial conference and to provide counsel for Mr. Reid an opportunity to seek appropriate relief from the Court should the Government seek to introduce evidence contained on the compact disc.

Thank you for your attention to this matter.

Sincerely,

Stellio Sinnis
Attorney for James Reid