

U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*    *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

November 7, 2006

Syrie D. Fried, Esq.
Federal Defender's Office
408 Atlantic Avenue
Boston, MA 02210

    Re: <u>United States v. James E. Reid</u>
        Criminal No. 04-10031-WGY

Dear Ms. Fried:

    I am certain you already have a copy, but out of an excess of caution I am enclosing a copy of the transcript from the evidentiary hearing before Magistrate Judge Bowler on December 5, 2006, regarding revocation of Reid's conditions of release pending trial based on the PROPHIX/Epicor matter.

                                    Very truly yours,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

                    By:  <u>/s/ Victor A. Wild</u>
                        VICTOR A. WILD
                        Assistant U.S. Attorney

Encl.
cc:  Elizabeth Smith, Clerk to Chief Judge Young
     (without enclosures)