```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
     v.                       )    CRIM. NO. 04-10031-WGY
                              )
JAMES REID                    )
```

## DEFENDANT'S LIST OF TRIAL WITNESSES

The defendant James Reid may call the following witnesses to testify at trial in the above-captioned case:

1. Cem Tanyel, Blue Bell, PA
2. Vince Beacom, Minneapolis, MN
3. John Cachianes, Marco Island, FL
4. Dion McCormick, Austin, TX
5. Paul McDermott, Chelmsford, MA
6. Joel Radford, Hollis, NH
7. William Santo, Newton, MA
8. Nancy McCormick, Boston, MA
9. Thomas Zappala, Boston, MA

The defendant reserves the right to amend this list as may become necessary during the course of trial.

                                          Respectfully submitted,

                                          By his attorney

                                          /s/ Syrie D. Fried
                                          Syrie D. Fried
                                            B.B.O. #555815
                                          Federal Defender Office
                                          408 Atlantic Avenue, 3rd Floor
                                          Boston, MA  02110
                                          (617) 223-8061

CERTIFICATE OF SERVICE

    I Syrie D. Fried do hereby certify that the foregoing notice has been electronically filed via the electronic case filing system ("ECF"), and will be electronically served to all parties identified to receive service in the Notice of Electronic Filing ("NEF") this 8th day of November, 2006.

                                      /s/ Syrie D. Fried