

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*                    *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

November 9, 2006

Syrie D. Fried, Esq.
Federal Defender's Office
408 Atlantic Avenue
Boston, MA 02210

     Re: <u>United States v. James E. Reid</u>
        Criminal No. 04-10031-WGY

Dear Ms. Fried:

    I am sure you received this some time ago as part of bulk discovery, but because I had temporarily misplace my copy from a witness file, out of excess caution I am enclosing a copy of the transcript from the *second* day of Susan Ledoux's testimony before the SEC on January 10, 2003.

                         Very truly yours,

                         MICHAEL J. SULLIVAN
                         United States Attorney

               By: _____
                         VICTOR A. WILD
                         Assistant U.S. Attorney

cc: Elizabeth Smith, Clerk to Chief Judge Young