

**U.S. Department of Justice**

Criminal Division

MEW:LGB:MEM:jra
DOJ NO: 182-22130

*Washington, D.C.  20530*

November 10, 2006

<u>Via Email and FedEx</u>

Victor Wild
Assistant U.S. Attorney
U.S. Attorney's Office
One Courthouse Way
Courthouse Suite, 9200
Boston, MA 02210

Dear Mr. Wild:

     The Office of International Affairs serves as the Central Authority for the United States and may request legal assistance from Canada pursuant to the Treaty Between the Government of the United States of America and the Government of Canada on Mutual Legal Assistance in Criminal Matters.  Although the treaty provides a mechanism to compel a Canadian citizen to testify in a pre-trial deposition in Canada, it does not provide a mechanism to compel a Canadian citizen to travel to the United States to testify in a U.S. court proceeding.

     We have conferred with Andrew Fobert, an attorney in the International Assistance Group in the Canadian Department of Justice, and he has confirmed that the mutual legal assistance treaty does not provide a mechanism to compel a Canadian citizen to travel to the United States to testify in a U.S. court proceeding.

     If you have any questions or concerns, please let us know.

                              Sincerely,

                              Mary Ellen Warlow
                              Director

               By:    <u>/s/ Mary McLaren</u>
                            Mary McLaren
                            Trial Attorney