UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10031-WGY |
| ) | |
| JAMES E. REID ) | |
| ) | |

GOVERNMENT'S **REVISED** EXHIBITS LIST

The Government files the accompanying list of exhibits it may offer at trial. The Government reserves the right to supplement the list in light of circumstances at trial. Respectfully submitted this 13th day of November, 2005.

                MICHAEL J. SULLIVAN
                United States Attorney

By:  /s/ Victor A. Wild
       VICTOR A. WILD
       Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon Syrie Fried, Esq., Office of Federal Public Defender, 408 Atlantic Avenue, Boston, MA.

                /s/ Victor A. Wild
                VICTOR A. WILD
                Assistant U.S. Attorney
                Mass. Bar No. 543148
                Suite 9200
                One Courthouse Way
                Boston, MA 02210
                (617) 748-3100