**UNITED STATES V. JAMES E. REID**

**CRIMINAL NO. 04-10031-WGY**
**GOVERNMENT'S EXHIBIT LIST**

| ID | NO. | OFFERED | ADMITTED | ITEM DATE | DESCRIPTION |
|----|-----|---------|----------|-----------|-------------|
| A | 1 | | | 03/13/01 | Employee Agreement between Firepond and REID |
| B | 2 | | | 03/26/01 | Incentive Stock Option Agreement between Firepond and REID |
| C | 3 | | | 07/10/01 | Email message from REID to Besier regarding Meeting with Bombardier |
| D | 4 | | | 11/15/01 | Email message from Reid to McCormick, Radford, Misvaer, and Besier RE: Bombardier / Embraer |
| E | 5 | | | 12/13/01 | Email message from Misvaer to REID and Besier regarding Bombardier Contracts |
| F | 6 | | | 12/14/01 | Email message from Misvaer to Besier and Tanyel regarding Bombardier contracts |
| G | 7 | | | 12/19/02 | Software License Agreement, Services Agreement, Statement of Work, and Product Order Schedule between Firepond and Bombardier |
| H | 7-A | | | 12/19/01 | Product Order Schedule between Firepond and Bombardier with signatures in the names of Pierre Beaudoin and Klaus Besier |
| I | 7-B | | | 12/19/01 | Service Agreement between Firepond and Bombardier with signatures in the names of Pierre Beaudoin and Klaus Besier |
| J | 7-C | | | 12/19/01 | Statement of Work between Firepond and Bombardier |
| K | 7-D | | | 12/19/01 | Software License Agreement between Firepond and Bombardier with signatures in the names of Pierre Beaudoin and Klaus Besier |

| ID | NO. | OFFERED | ADMITTED | ITEM DATE | DESCRIPTION |
|---|---|---|---|---|---|
| L | 8 | | | 12/20/01 | Email message from Misvaer to a number of individuals at Firepond forwarding Bombardier agreements; Reply email message from Marcy Way with Cash projections |
| M | 9-A | | | 12/20/01 | Email message from Besier to REID and Freeman regarding a $7000 advance to REID |
| N | 9-B | | | 12/20/01 | FEDEX International Waybill transmitting $7,000 check to REID and Firepond record for check 34172 to REID |
| O | [10] | | | | RESERVED |
| P | 11-A | | | 01/08/02 | Email message from Nelson to Marcy Way confirming that software was shipped to Bombardier |
| Q | 11-B | | | 01/08/02 | Invoice number 11000660, dated 01/08/02, in the amount of $2,000,000 to Bombardier |
| R | 11-C | | | 01/08/02 | Airborne Express receipt of package sent from Firepond to Bombardier (Attn: Steve Vogel) |
| S | 12 | | | 01/23/02 | Email messages from Bartz to Misvaer regarding Bombardier Action Item and RE: Bombardier Revenue Recognition Question |
| T | 13 | | | 01/28/02 | Email message from Watkins to REID regarding Bombardier Team Changes |
| U | [14] | | | 02/25/02 | Email message from Way to REID regarding hand delivery of Bombardier invoice. |
| V | 15 | | | 02/12/02 | Email message from Thibeault to Way regarding Bombardier wiring |
| W | 16 | | | 02/15/02 | Email message from REID to Thibeault and Way regarding Bombardier A/P Contact |
| X | 17 | | | 02/15/02 | Email message from Ledoux to REID and Chetty and forwarded to Way regarding Status Reports and FTC for the Bombardier Project |

| ID | NO. | OFFERED | ADMITTED | ITEM DATE | DESCRIPTION |
|---|---|---|---|---|---|
| Y | 18 | | | 02/21/02 | Email message from REID to Thibeault and Way confirming discussion with Bombardier regarding wiring information and a billing address for Bombardier |
| Z | 19 | | | 02/21/02 | Email messages between REID and Misvaer regarding Joy Mining agreements |
| AA | 20 | | | 02/27/02 | Press release announcing Firepond's first quarter results |
| AB | 21 | | | 02/28/02 | Email message from Way to REID and Thibeault to follow up on Bombardier payment |
| AC | 22 | | | 03/04/02 | Email message from Way to REID and Thibeault regarding contacting Bombardier for payment |
| AD | 23 | | | 03/05/02 | Email message from REID to Way and Arun Chetty regarding payment from Bombardier |
| AE | 24 | | | 03/12/02 | Email message from REID to Misvaer, Besier, and others regarding Joy Mining Agreements |
| AF | 25 | | | 03/13/02 | Email message attaching 03/10/02 COO Status Report |
| AG | 26 | | | 03/19/02 | Email message from REID to Misvaer and Besier regarding Joy Mining Agreements |
| AH | 27 | | | 03/20/02 | Email message from Besier to REID regarding Besier getting very nervous about Bombardier |
| AI | 28 | | | 03/21/02 | Email from Ledoux to REID and Marcy Way asking REID to provide contact information at Bombardier |
| AJ | 29 | | | 03/31/02 | Invoice no. 11000862 from Firepond to Bombardier for $146,783.01 |
| AK | 30 | | | 04/01/02 | Email message from Watkins to REID regarding Bombardier Draft Kickoff Agenda |
| AL | 31 | | | 04/02/02 | Email message from Ledoux to REID, Watkins, and Way regarding language Ledoux needs to see in an acknowledgment from Bombardier |

| ID | NO. | OFFERED | ADMITTED | ITEM DATE | DESCRIPTION |
|----|-----|---------|----------|-----------|-------------|
| AM | 32 | | | 04/08/02 | Email message from Ledoux to REID and Marcy Way discussing open items regarding acknowledgment letter from Bombardier - and REID's response |
| AN | 33 | | | 04/08/02 | Email message from REID to Misvaer and Ledoux regarding meeting to get ABB contract addendum done |
| AO | 34 | | | 04/11/02 | Email messages between Ledoux, REID, Misvaer, and Stephen Freeman regarding ABB Agreements |
| AP | 35 | | | 04/12/02 | Email messages between REID, Ledoux, Misvaer, and Besier regarding conference call on ABB contract terms |
| AQ | 36 | | | 04/19/02 | Email messages between Ledoux and REID regarding letter from Bombardier and contact information |
| AR | 37 | | | 04/12/02 | Letter from Steve Vogel of Bombardier to REID confirming payment to Firepond and project commencement |
| AS | 38 | | | 04/24/02 | Letter from Ledoux to Attn: Lise Benoit for Bombardier CIO Special Accounting Office, sent by FEDEX and enclosing contract, invoices, and documents mailed to 795 Carson Ave., Suite 14, Dorval (Montreal), Canada |
| AT | 39 | | | 04/24/02 | Email message from REID to Besier reporting that REID has received a faxed agreement from Joy Mining |
| AU | 40 | | | 04/25/02 | Email message from Thibeault to Way and Ledoux regarding delivery of the package to Bombardier |
| AV | 41 | | | 04/25/02 | Email messages between REID and Besier congratulating on Joy Mining and discussing ABB signature requirements |
| AW | 42 | | | 04/26/02 | Email messages between Ledoux and REID regarding Bombardier Collection Call |

4

| ID | NO. | OFFERED | ADMITTED | ITEM DATE | DESCRIPTION |
|---|---|---|---|---|---|
| AX | 43A | | | 04/29/02 | Software License Agreement between Firepond and Joy Global and bearing signatures in names of Misvaer and Bradley |
| AY | 43B | | | 04/29/02 | Product Order Schedule between Firepond and Joy Global and bearing signatures in names of Misvaer and Bradley |
| AZ | 44A | | | 04/29/02 | Email message from REID to Executive Team regarding need for one more signer on the ABB Contract, and Besier response |
| BA | 44B | | | 04/29/02 | Email message from REID to Henriksen, Besier, and Misvaer about getting the two remaining signatures from ABB |
| BB | 44C | | | 04/29/02 | Email messages between REID and Ledoux regarding ABB signatures |
| BC | 45 | | | 04/29/02 | Email message from Misvaer to REID, Way, Rouse, and Ledoux regarding signed Joy Mining contract |
| BD | 45A | | | 04/30/02 | Invoice number 11000930 from Firepond to Joy Mining for $85,860.00 |
| BE | 46 | | | 04/29/02 | Email message from Way to REID, Misvaer, Rouse and Ledoux regarding signed Joy Mining contract sent from Way at Firepond to REID in Canada |
| BF | 46A | | | 04/29/02 | Email messages between REID, Way, Misvaer, Rouse and Ledoux regarding signed Joy Mining contract sent from Way at Firepond to REID in Canada |
| BG | [47] | | | 04/29/02 | Telephone Call between REID, Benoit and Ledoux regarding receipt of documents and payment by Bombardier |
| BH | 48 | | | 04/30/02 | Amendment to Software License Agreement Pricing Schedule between Firepond and ABB that is signed in names of Misvaer and Charles Dougherty |

| ID | NO. | OFFERED | ADMITTED | ITEM DATE | DESCRIPTION |
|----|-----|---------|----------|-----------|-------------|
| BI | 49 | | | 04/30/02 | Summary of License Revenue Complete for Bombardier revised April 30, 2002 |
| BJ | 50 | | | 04/30/02 | Invoices numbered 11000922-928, to ABB Amendment to Software License Agreement and Annual Maintenance |
| BK | 51 | | | 05/01/02 | Email messages regarding proof of delivery of product to Bombardier on 01/08/02 via Airborne |
| BL | 52 | | | 05/07/02 | Email message from Marcy Way to REID regarding commissions |
| BM | 53 | | | 04/24/02 | Invoices numbered 11000880 and 881 from Firepond to Bombardier |
| BN | 54 | | | 05/09/02 | Email message from REID to Besier, Ledoux, and Davis regarding Lortie Call |
| BO | 54A | | | 05/09/02 | Email messages from REID to Besier, Ledoux, and Davis regarding Lortie Call |
| BP | 54B | | | 05/12/02 | Email messages from REID to Bishop, copy to Besier and Ledoux, regarding conference call with Lortie |
| BQ | 55 | | | 05/16/02 | Email message from REID to Ledoux, Besier, and Davis regarding call with Lortie at Bombardier |
| BR | 56 | | | 05/16/02 | Email message from Chetty to Ledoux, Way, and others regarding the ABB Statement of Work |
| BS | 57 | | | 05/22/02 | Email message from Besier to REID and others regarding call to thank Firepond's sponsor at Joy Mining |
| BT | 58 | | | 05/22/02 | Email Message from Marcy Way regarding payment of commissions and payments due from ABB |
| BU | 58A | | | 05/22/02 | Email Message from Way regarding instruction not to transmit commissions until Besier signs off |

6

| ID | NO. | OFFERED | ADMITTED | ITEM DATE | DESCRIPTION |
|----|-----|---------|----------|-----------|-------------|
| BV | 59 | | | 05/22/02 | Email message from Bradley to Morris regarding agreement with Firepond |
| BW | 60 | | | 05/24/02 | Email message from Ledoux to Way and Thibeault regarding call with Morris on payment due from Joy Mining |
| BX | 61-A | | | 05/28/02 | Email message from Pierre Lortie at Bombardier in reply to Besier's email regarding payment from Bombardier |
| BY | 61-B | | | 05/30/02 | Email message from Serge Bisson at Bombardier to Marlene Girard regarding Histoire Etrange |
| BZ | 62 | | | 06/04/02 | Email message from Besier to Firepond employees regarding REID |
| CA | 63 | | | 06/19/02 | Announcement of revised financial results released by Firepond |
| CB | 64 | | | n/a | Summary Chart - REID Earnings |
| CC | 64A | | | 2001 | Summary 2001 Earnings Report for REID |
| CD | 64B | | | 2002 | Summary 2002 Earnings Report for REID |
| CE | 65 | | | n/a | Summary Chart - Expense Checks |
| CF | 65A | | | n/a | Expense Check Records |
| CG | 66 | | | n/a | Summary Chart - Other Expense Reports |
| CH | 67 | | | various | Expense Report Summaries |
| CI | 68 | | | 06/06/02 | Email message from McCormick to Misvaer outlining Bombardier time line |
| CJ | 69 | | | 06/12/02 | Email message to McCormick asking him to refund commissions of $53,232 on the Bombardier deal |
| CK | 70 | | | 12/15/04 | Certified copies of REID's Canadian criminal record and fingerprints |
| CL | 71 | | | 12/14/01 | Deal Sheet and Commission Statement regarding Bombardier transaction |

7

| ID | NO. | OFFERED | ADMITTED | ITEM DATE | DESCRIPTION |
|----|-----|---------|----------|-----------|-------------|
| CM | 72 | | | 04/30/02 | Deal Sheet and Commission Statement regarding Joy Mining transaction |
| CN | 73 | | | 04/30/02 | Deal Sheet and Commission Statement regarding ABB transaction |
| CO | 74 | | | n/a | Summary Chart of Commissions Paid and Unpaid on the Bombardier, Joy Mining, and ABB transactions |
| CP | 75 | | | | RESERVED |
| CQ | 76 | | | 12/02/03 | REID's employment contract with DFI |
| CR | 77 | | | 04/30/04 | REID's termination agreement with DFI |
| CS | 78 | | | 03/2003 | DFI's proposal to Nestle |
| CT | 79 | | | 03/2003 | Email messages between REID and Tim Wolfe of Nestle |
| CU | 80 | | | 05/31/02 | E-mail message from Robert Lefcort at Bombardier to various individuals including Pierre Beaudoin regarding Firepond/Bombardier issues |
| CV | 81 | | | n/a | Photograph of 795 Carson Avenue, Dorval (Montreal), Canada |
| CW | 82 | | | n/a | Photograph of 795 Carson Avenue, Dorval (Montreal), Canada |
| CX | 83 | | | n/a | Photograph of 795 Carson Avenue, Dorval (Montreal), Canada |
| CY | 84 | | | 02/17/03 | Letter from Alain Ricard at Bombardier to LeeAnn Gaunt at USSEC re: Firepond |
| CZ | 85 | | | 06/12/02 | Memo from Robert Lefcort at Bombardier Aerospace to Daniel Desjardins regarding Firepond |
| DA | 86 | | | 2001 | Resume of Jim Reid obtained from Firepond |
| DB | 87 | | | 04/26/02 | Phone record showing a telephone call of 3.3 minutes from REID to Litton T.A.S. Call Center at 541-631-1000 |

| ID | NO. | OFFERED | ADMITTED | ITEM DATE | DESCRIPTION |
|---|---|---|---|---|---|
| DC | 88 | | | 04/18/02 | Phone record showing a telephone call of 1:06 minutes from REID to Litton T.A.S. Call center at 514-631-0000 |
| DD | 89 | | | 10/29/03 | Printout of internet website pages of Litton T.A.S. |
| DE | 90 | | | 05/27/02 | Invoices from Litton Telephone Answering Service to Jim REID |
| DF | 91 | | | n/a | Yellow Page Listing for Litton Telephone Answering Service |
| DG | 92 | | | UNDATED | Employee Information Form for REID |
| DH | 93 | | | 03/14/01 | Form W-4 (2001) for REID |
| DI | 94 | | | 03/26/01 | Application for the American Express Corporate Card |
| DJ | 95 | | | 04/02/01 | Application for Group Coverage for REID |
| DK | 96 | | | 04/02/01 | Custom Group Insurance Enrollment and Record Form |
| DL | 97 | | | 11/15/04 | Agreement to Retain the Services of Titan Software Sales by PROPHIX |
| DM | 98 | | | 12/21/04 | Letter agreement documenting terms and conditions in which REID will supply services to PROPHIX as interim VP of Sales and Marketing |
| DN | 99 | | | 07/25/05 | Purchase Order with additional Terms and Conditions for $8,275,000 purchase by Epicor from PROPHIX |
| DO | 100 | | | 08/25/05 | Invoice from Titan Software Sales to PROPHIX for $149,880 |
| DP | 101 | | | 08/26/05 | Wire Activity Summary Report and Accounts Payable records reflecting payment of $50,000 to Titan Software |
| DQ | | | | 09/23/05 | Email message from Bally Boodram to Greg Horton regarding PROPHIX/Epicor transaction |

| ID | NO. | OFFERED | ADMITTED | ITEM DATE | DESCRIPTION |
|---|---|---|---|---|---|
| DR | | | | 10/07/05 | Email message from Boodram to Barber, REID, McRae and Walker regarding Epicor/PROPHIX transaction |
| DS | | | | 10/12/05 | Email message from McRae to Barber forwarding REID email message from 03/2005 regarding Epicor |
| DT | | | | 09/14/01 | Letter Agreement regarding Severance between REID and PDS, with related General Release |
| DU | | | | 10/02/00 | PDS Client Profile for Encal Energy |
| DV | | | | 09/29/00 | Documents regarding a $14,500 payment from Encal to PDS |
| DW | | | | 10/16/00 | Letter from George Brady to Ron Parent regarding inconsistent documents |
| DX | | | | 09/26/00 | Email message from REID to Wilson and Brady regarding Encal Energy Installation |
| DY | | | | 09/11/06 | *Redacted* Video Deposition of Pierre Beaudoin |
| DZ | | | | 09/11/06 | *Redacted* Video Deposition of Pierre Lortie |
| EA | | | | 04/2002 | Pages from Notebook of Susan Ledoux |
| EB | | | | 04/2002 | Pages from Notebook of Susan Ledoux |
| EC | | | | 04/2002 | Pages from Notebook of Susan Ledoux |
| ED | | | | | PROPHIX financial data re: costs associated with "Extraordinary Item" |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Case 1:04-cr-10031-WGY    Document 67-2    Filed 11/13/2006    Page 10 of 11

| ID | NO. | OFFERED | ADMITTED | ITEM DATE | DESCRIPTION |
|----|-----|---------|----------|-----------|-------------|
|    |     |         |          |           |             |
|    |     |         |          |           |             |
|    |     |         |          |           |             |
|    |     |         |          |           |             |
|    |     |         |          |           |             |
|    |     |         |          |           |             |
|    |     |         |          |           |             |
|    |     |         |          |           |             |