AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

FILED
2006 NOV 21 P 12: 16
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

v.

JAMES EDWARD REID

**WARRANT FOR ARREST**

CASE NUMBER: 04cr10031WGY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JAMES EDWARD REID _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
mail fraud and wire fraud

in violation of
Title _____ 18 _____ United States Code, Section(s) _____ 1341 and 1343 _____

_____          Supervisor
Name of Issuing Officer                 Title of Issuing Officer

_____          2/5/2004, Boston, MA
Signature of Issuing Officer            Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 1/1/05 | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.